```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| TRACY BLAKE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PUROLITE CORP., et al. | : | NO. 10-5253 |

MEMORANDUM

McLaughlin, J.                                     February 25, 2013

        This is a pregnancy discrimination case brought by the plaintiff, Tracy Blake, against her former employer, Purolite Corp. Ms. Blake claimed that by terminating her employment because she was pregnant, Purolite violated her rights under Title VII of the Civil Rights Act, the Pregnancy Discrimination Act, and the Pennsylvania Human Relations Act.

        From January 14, 2013 to January 17, 2013, a jury trial was held in the above-captioned case. The jury found that the plaintiff's pregnancy was a determinative factor in the defendant's decision to terminate her employment and returned a verdict in her favor. Specifically, the jury awarded Ms. Blake compensatory damages in the amount of $25,000.00 and punitive damages in the amount of $125,000.00. The issue of back pay was submitted to the jury in an advisory capacity, and the jury issued an advisory back pay verdict of $16,000.00.

After the jury verdict, both parties submitted supplemental memoranda from both parties on the issue of a back pay award. After reviewing these submissions and the trial record, the Court now issues the following findings of fact:

1. Ms. Blake earned $96.16/day during her employment at Purolite Corp.
2. Ms. Blake was terminated from Purolite on October 7, 2009.
3. Ms. Blake began her employment at Chartwell Law Offices on October 8, 2010.
4. The parties have stipulated that Ms. Blake is not entitled to lost wages for the period of January 18, 2010 through July 16, 2010.
5. If Ms. Blake had continued her employment at Purolite on October 7, 2009 and had stayed at Purolite through October 8, 2010, excluding the period of time stated in ¶ 4 during which she was not entitled to wages, she would have earned $12,693.12.
6. From November 1, 2009 to January 15, 2009, Ms. Blake worked part-time at JEVS, earning $1,595.00.
7. Deducting the amount stated in ¶ 6 from the amount stated in ¶ 5, Ms. Blake is entitled to back pay of $11,098.12.

Thus, in addition to the jury-awarded damages for compensatory and punitive damages, the Court will award Ms. Blake $11,098.12 in lost wages and benefits.

An appropriate order follows.