IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACY BLAKE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PUROLITE CORP., et al. | : | NO. 10-5253 |

ENTRY OF CIVIL JUDGMENT

AND NOW, this 25th day of February, 2013, in accordance with Rule 58 of the Federal Rules of Civil Procedure, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that judgment is entered in favor of the plaintiff and against the defendant as set forth below.

In accordance with the verdict of the jury entered on January 17, 2013 and the Court's findings of fact as stated in the Court's memorandum of today's date, judgment is hereby entered in favor of Tracy Blake and against Purolite Corp. in the amount of $161,098.12. This amount reflects the jury's award of $25,000.00 in compensatory damages and $125,000.00 in punitive damages and the Court's award of $11,098.12 in back pay damages.

The plaintiff shall be awarded attorneys' fees and costs in an amount to be determined by the Court at a later date.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.